UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS **JUDGE LEE**
EASTERN DIVISION

**MAGISTRATE JUDGE FINNEGAN**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 15 CR 149-1 |
| v. | Violation: Title 18, United States Code, Section 2339B(a)(1) |
| HASAN R. EDMONDS | **SUPERSEDING INFORMATION** |

**COUNT ONE**

**FILED**

DEC - 4 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

The UNITED STATES ATTORNEY charges:

1. At times material to this information:

    a. On or about October 15, 2004, the United States Secretary of State designated al-Qaida in Iraq as a foreign terrorist organization.

    b. On or about May 15, 2014, the Secretary of State amended that designation to add the alias the Islamic State of Iraq and the Levant as the primary name of al-Qaida in Iraq. The Secretary also added the following aliases to the listing: the Islamic State of Iraq and al-Sham, the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production.

2. Beginning no later than in or about January 2015, and continuing until at least on or about March 25, 2015, at Aurora, in the Northern District of Illinois, and elsewhere,

HASAN R. EDMONDS,

defendant herein, knowingly conspired with others to provide material support and resources, namely, personnel, to a foreign terrorist organization, namely, the Islamic State of Iraq and the Levant, knowing that it was a designated foreign terrorist organization and that the organization had engaged and was engaging in terrorist activity and terrorism;

In violation of Title 18, United States Code, Section 2339B(a)(1).

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

1. Paragraph 1 of Count One is incorporated here.

2. On or about March 25, 2015, at Chicago, in the Northern District of Illinois, and elsewhere,

HASAN R. EDMONDS,

defendant herein, knowingly attempted to provide material support and resources, namely, personnel, to a foreign terrorist organization, namely, the Islamic State of Iraq and the Levant, knowing that it was a designated foreign terrorist organization and that the organization had engaged and was engaging in terrorist activity and terrorism;

In violation of Title 18, United States Code, Section 2339B(a)(1).

*Zachary T. Fardon by JBP*
UNITED STATES ATTORNEY